**United States Bankruptcy Court, District of Nevada**

GREETINGS FROM                    CASE ADMINISTRATOR

LAS VEGAS                                             RENO

---

NOTICE TO                                    REGARDING
ELECTRONICALLY FILED DOCUMENT/S

Date:              Case No:                        Adv No:

In Re:                                             Document #

Title of PDF:                                      Filed Date:

Thank you for electronically filing.
A Corrective Entry will be docketed and to assist you in completing the event:

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE TO YOUR E-FILED ENTRY. PLEASE NOTE THESE CHANGES FOR FUTURE REFERENCE IN ORDER TO AVOID ERRORS. NO FURTHER ACTION IS NECESSARY AT THIS TIME.**

- Docket text must reflect correctly, i.e., with certificate of service
- Typographical error present
- All party filers must reflect in the docket text, i.e., Debtor and Joint Debtor
- Document must be correctly related to the documents(s) to which they pertain
- PDF must reflect a case number or case number and case name must match with ECF Data.
- This event has been re-docketed on case
- Document filed indicates creditors need to be added through creditor maintenance.
- Event must relate to title of document. Please choose carefully from the drop down event listings when selecting an event. There is an updated list of these events on our ECF website.
- All relief must be docketed utilizing multi-part motion.
- Docket text must reflect correct date, time and /or location.

**PLEASE REVIEW AND TAKE THE FOLLOWING CORRECTIVE ACTION:**

- PDF must be legible and all pages present. **PLEASE RE-DOCKET**
- Signatures must be present as /s/ or original signature.  **PLEASE RE-DOCKET**
- Other: